UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| DAREN HEATHERLY, et al., | No. C 14-02953 LB |
| Plaintiffs, | **ORDER RE: CONSENT DECREE** |
| v. | |
| REDWOOD CAFÉ, et al., | |
| Defendants. | |

On June 25, 2014, Plaintiffs filed a complaint seeking injunctive relief and damages. (Complaint, ECF No. 1.) On April 2, 2015, the court entered the parties' consent decree and order for injunctive relief. (Consent Decree, ECF No. 12.) In the consent decree, that parties' state that "[t]he damages and attorney's fees, litigation expenses and cost aspects of this lawsuit are not a part of the Consent Decree and Order and are the subject of a separate agreement between the parties to this Consent Decree." (*Id.* ¶ 13.) Accordingly, the court orders the parties to file, by April 10, 2015, a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 so this action can be closed.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
LAUREL BEELER
United States Magistrate Judge